EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br><br>Rafael Capella Angueira | 2015 TSPR 163<br><br>193 DPR ____ |

Número del Caso: TS-7461

Fecha: 10 de diciembre de 2015

Materia: Reinstalación al Ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael Capella Angueira          TS-7461

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de diciembre de 2015.

Evaluada la *Urgente Solicitud para la Reinstalación al Ejercicio de la Abogacía y la Notaria*, se reinstala al Lcdo. Rafael Capella Angueira al ejercicio de la abogacía y la notaria.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo